**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CLEAN CONSTRUCTION & RECYCLING, LLC   § Case No. 12-83613
§
§
Debtor(s)   §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 24, 2012. The undersigned trustee was appointed on December 03, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     205,298.47

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 26,651.12 |
   | Bank service fees | 3,833.30 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 174,814.05 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 02/13/2013 and the deadline for filing governmental claims was 05/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,514.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $13,514.92, for a total compensation of $13,514.92.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/18/2014           By: /s/STEPHEN G. BALSLEY
                                    Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  

**Period Ending:** 08/18/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/24/12 (f)  
**§341(a) Meeting Date:** 10/29/12  
**Claims Bar Date:** 02/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   State Bank of Davis Checking accounts, certifica | 30.23 | 0.00 | | 0.00 | FA |
| 2   Accounts Receivable | 229,633.58 | 100,000.00 | | 85,087.32 | FA |
| 3   1 Baler, 2 Loaders, skid steers, and various sor  See Order Approving Report of Sale entered July 17, 2013. | 100,000.00 | 100,000.00 | | 124,886.15 | FA |
| 3   **Assets**   Totals (Excluding unknown values) | **$329,663.81** | **$200,000.00** | | **$209,973.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 1, 2014    **Current Projected Date Of Final Report (TFR):**   August 18, 2014  (Actual)

Printed: 08/18/2014 11:18 AM    V.13.15

Exhibit B

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  

**Taxpayer ID #:** **-***2163  
**Period Ending:** 08/18/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******11-66 - Checking Account  
**Blanket Bond:** $598,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/12 | {2} | Alter Metal Recycling | Account Receivable Payment | 1129-000 | 338.75 | | 338.75 |
| 11/01/12 | {2} | Alter Metal Recycling | Account Receivable Payment | 1129-000 | 147.50 | | 486.25 |
| 11/01/12 | {2} | America Chung Nam, Inc. | Account Receivable Payment | 1129-000 | 1,353.30 | | 1,839.55 |
| 11/01/12 | {2} | America Chung Nam, Inc. | Account Receivable Payment | 1129-000 | 576.01 | | 2,415.56 |
| 11/01/12 | {2} | American Aluminum Extrusion Company, LLC | Account Receivable Payment | 1129-000 | 234.92 | | 2,650.48 |
| 11/01/12 | {2} | AndersonBrecon | Account Receivable Payment | 1129-000 | 2,856.54 | | 5,507.02 |
| 11/01/12 | {2} | AndersonBrecon | Account Receivable Payment | 1129-000 | 838.38 | | 6,345.40 |
| 11/01/12 | {2} | AndersonBrecon | Account Receivable Payment | 1129-000 | 3,589.04 | | 9,934.44 |
| 11/01/12 | {2} | AndersonBrecon | Account Receivable Payment | 1129-000 | 3,421.16 | | 13,355.60 |
| 11/01/12 | {2} | Larry W. Anderson | Account Receivable Payment | 1129-000 | 602.55 | | 13,958.15 |
| 11/01/12 | {2} | Backyard III, Inc. | Account Receivable Payment | 1129-000 | 192.86 | | 14,151.01 |
| 11/01/12 | {2} | Barcol Door Co., Inc. | Account Receivable Payment | 1129-000 | 443.96 | | 14,594.97 |
| 11/01/12 | {2} | Beneficial Reuse Management | Account Receivable Payment | 1129-000 | 125.00 | | 14,719.97 |
| 11/01/12 | {2} | Beneficial Reuse Management | Account Receivable Payment | 1129-000 | 110.00 | | 14,829.97 |
| 11/01/12 | {2} | BCSI, LLC d/b/a Franchesco's Ristorante | Account Receivable Payment | 1129-000 | 357.55 | | 15,187.52 |
| 11/01/12 | {2} | Ford Tool & Machining | Account Receivable Payment | 1129-000 | 140.40 | | 15,327.92 |
| 11/01/12 | {2} | The Gardens on Prairie Rose | Account Receivable Payment | 1129-000 | 1,354.50 | | 16,682.42 |
| 11/01/12 | {2} | Jamco Products, Inc. | Account Receivable Payment | 1129-000 | 373.75 | | 17,056.17 |
| 11/01/12 | {2} | Kikkoman Foods, Inc. | Account Receivable Payment | 1129-000 | 2,956.20 | | 20,012.37 |
| 11/01/12 | {2} | Kinnikinnick Community Consolidated Schools | Account Receivable Payment | 1129-000 | 667.48 | | 20,679.85 |
| 11/01/12 | {2} | Lonnie's Carpet Connection, Inc. | Account Receivable Payment | 1129-000 | 1,326.29 | | 22,006.14 |
| 11/01/12 | {2} | Mega Fiber, Inc. | Account Receivable Payment | 1129-000 | 4,503.10 | | 26,509.24 |
| 11/01/12 | {2} | National Fiber Supply Company | Account Receivable Payment | 1129-000 | 1,234.80 | | 27,744.04 |
| 11/01/12 | {2} | North American Clutch & Driveline | Account Receivable Payment | 1129-000 | 180.92 | | 27,924.96 |
| 11/01/12 | {2} | North American Clutch & Driveline | Account Receivable Payment | 1129-000 | 177.88 | | 28,102.84 |
| 11/01/12 | {2} | Jeffrey G. Petry | Account Receivable Payment | 1129-000 | 52.00 | | 28,154.84 |
| 11/01/12 | {2} | Jeffrey G. Petry | Account Receivable Payment | 1129-000 | 2,620.80 | | 30,775.64 |
| 11/01/12 | {2} | Pines Edge Apartments, LLC | Account Receivable Payment | 1129-000 | 368.00 | | 31,143.64 |
| 11/01/12 | {2} | Rockford Silk Screen Process, Inc. | Account Receivable Payment | 1129-000 | 120.75 | | 31,264.39 |
| 11/01/12 | {2} | Roofing Systems, Inc. | Account Receivable Payment | 1129-000 | 94.00 | | 31,358.39 |
| 11/01/12 | {2} | Safety Management, Inc. | Account Receivable Payment | 1129-000 | 31.01 | | 31,389.40 |
| 11/01/12 | {2} | M. Spinello & Son | Account Receivable Payment | 1129-000 | 36.80 | | 31,426.20 |
| 11/01/12 | {2} | United Sanitation Services, Inc. | Account Receivable Payment | 1129-000 | 112.66 | | 31,538.86 |
| 11/01/12 | {2} | Waldom Electronics | Account Receivable Payment | 1129-000 | 429.05 | | 31,967.91 |

Subtotals :     $31,967.91     $0.00

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  
**Taxpayer ID #:** **-***2163  
**Period Ending:** 08/18/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******11-66 - Checking Account  
**Blanket Bond:** $598,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/13/12 | {2} | The Gardens on Prairie Rose | Reversed Deposit 100002 7 Account Receivable Payment | 1129-000 | -1,354.50 | | 30,613.41 |
| 11/15/12 | {2} | District | Account Receivable Payment | 1129-000 | 323.44 | | 30,936.85 |
| 11/19/12 | {2} | National Fiber Supply Company | Account Receivable Payment | 1129-000 | 923.54 | | 31,860.39 |
| 11/19/12 | {2} | Michael Jenkins | Account Receivable Payment | 1129-000 | 245.10 | | 32,105.49 |
| 11/19/12 | {2} | Packard Excavating | Account Receivable Payment | 1129-000 | 2,822.82 | | 34,928.31 |
| 11/19/12 | {2} | CPR Roofing, Inc. | Account Receivable Payment | 1129-000 | 487.72 | | 35,416.03 |
| 11/25/12 | {2} | G-Tool | Account Receivable Payment | 1129-000 | 32.76 | | 35,448.79 |
| 11/25/12 | {2} | J Willrett Farms | Account Receivable Payment | 1129-000 | 1,116.00 | | 36,564.79 |
| 11/25/12 | {2} | Settimi-Fetters Roofing, LLC | Account Receivable Payment | 1129-000 | 223.08 | | 36,787.87 |
| 11/26/12 | {2} | Ford Tool & Machining | Account Receivable Payment | 1129-000 | 140.40 | | 36,928.27 |
| 11/26/12 | {2} | The Gardens on Prairie Rose | Account Receivable Payment | 1129-000 | 1,354.50 | | 38,282.77 |
| 11/27/12 | {2} | Morningman & Assoc., LLC. | Account Receivable Payment | 1129-000 | 74.24 | | 38,357.01 |
| 11/27/12 | {2} | Tree & Lawn Care by Lanman, Inc. | Account Receivable Payment | 1129-000 | 9.00 | | 38,366.01 |
| 11/29/12 | {2} | Hill and Hill Enterprises, Inc. | Account Receivable Payment | 1129-000 | 165.88 | | 38,531.89 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.80 | 38,477.09 |
| 12/03/12 | {2} | Lentells Disposal, LLC | Account Receivable Payment | 1129-000 | 2,068.68 | | 40,545.77 |
| 12/03/12 | {2} | Jeffrey G. Petry | Account Receivable Payment | 1129-000 | 166.00 | | 40,711.77 |
| 12/03/12 | {2} | Jackrabbit Enterprises | Account Receivable Payment | 1129-000 | 438.00 | | 41,149.77 |
| 12/03/12 | {2} | Lujac, Inc. | Account Receivable Payment | 1129-000 | 989.20 | | 42,138.97 |
| 12/10/12 | {2} | Beneficial Reuse Management | Account Receivable Payment | 1129-000 | 85.00 | | 42,223.97 |
| 12/10/12 | {2} | Hal R. McKiski Construction, Inc. | Account Receivable Payment | 1129-000 | 59.28 | | 42,283.25 |
| 12/10/12 | {2} | R&C Construction, Inc. | Account Receivable Payment | 1129-000 | 237.79 | | 42,521.04 |
| 12/10/12 | {2} | South Bluff MHP, LLC | Account Receivable Payment | 1129-000 | 3,161.60 | | 45,682.64 |
| 12/10/12 | {2} | Three Hammer Construction , Inc. | Account Receivable Payment | 1129-000 | 118.73 | | 45,801.37 |
| 12/10/12 | {2} | Three Hammer Construction, Inc. | Account Receivable Payment | 1129-000 | 118.73 | | 45,920.10 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 45,920.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 45,974.90 | 45,974.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 45,920.10 | |
| | | | **Subtotal** | | 45,974.90 | 54.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$45,974.90** | **$54.80** | |

{} Asset reference(s)

Printed: 08/18/2014 11:18 AM    V.13.15

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  

**Taxpayer ID #:** **-***2163  
**Period Ending:** 08/18/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $598,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 45,920.10 | | 45,920.10 |
| 12/24/12 | {2} | Lym & Assoc., LLC. | Account Receivable Payment | 1129-000 | 374.40 | | 46,294.50 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.82 | 46,235.68 |
| 01/07/13 | {2} | David A. Ancona | Account Receivable Payment | 1129-000 | 4,566.43 | | 50,802.11 |
| 01/07/13 | {2} | J&M Fibers, Inc. | Account Receivable Payment | 1129-000 | 1,492.50 | | 52,294.61 |
| 01/30/13 | {2} | Nason's Landscaping, LLC | Account Receivable Payment | 1129-000 | 179.09 | | 52,473.70 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.82 | 52,393.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.33 | 52,323.55 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.74 | 52,250.81 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.16 | 52,170.65 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.54 | 52,093.11 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-83613 | 2300-000 | | 73.02 | 52,020.09 |
| 06/04/13 | {2} | Veolia Environmental Services | Account Receivable Payment pursuant to Order to Compromise Controversy entered May 29, 2013 | 1129-000 | 28,000.00 | | 80,020.09 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.73 | 79,919.36 |
| 07/15/13 | | Trustee Bernard J. Natale | Proceeds from auction sale [17%] of the property of three (3) bankruptcy estates on May 16, 2013 | | 107,483.89 | | 187,403.25 |
| | {3} | | Gross Sale Proceeds          124,886.15 | 1129-000 | | | 187,403.25 |
| | | | Auctioneer Commission         -12,727.26 and Expenses | 3610-000 | | | 187,403.25 |
| | | | Rent to landlords, G&E         -4,675.00 entities | 1122-000 | | | 187,403.25 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.43 | 187,209.82 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.27 | 186,940.55 |
| 09/16/13 | 10102 | Barrick, Switzer, Long, Balsley & Van Evera | Payment of First Application of Trustee's Counsel for Interim Compensation pursuant to Court Order entered 9/16/2013 | 3110-000 | | 13,537.00 | 173,403.55 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.78 | 173,150.77 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.98 | 172,876.79 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 232.08 | 172,644.71 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.16 | 172,371.55 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.19 | 172,115.36 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 231.05 | 171,884.31 |

Subtotals :          $188,016.41       $16,132.10

{} Asset reference(s)                                                                     Printed: 08/18/2014 11:18 AM    V.13.15

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  
**Taxpayer ID #:** \*\*-\*\*\*2163  
**Period Ending:** 08/18/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*8266 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.98 | 171,645.33 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 263.36 | 171,381.97 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 246.50 | 171,135.47 |
| 06/06/14 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #12-83613 | 2300-000 | | 313.84 | 170,821.63 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.67 | 170,583.96 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.91 | 170,314.05 |
| 08/12/14 | {2} | Rock River Disposal | Account Receivable Payment pursuant to Order to Compromise Controversy entered July 23, 2014 | 1129-000 | 4,500.00 | | 174,814.05 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 192,516.41 | 17,702.36 | $174,814.05 |
| Less: Bank Transfers | 45,920.10 | 0.00 | |
| **Subtotal** | 146,596.31 | 17,702.36 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$146,596.31** | **$17,702.36** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # \*\*\*\*-\*\*\*\*\*\*11-66 | 45,974.90 | 54.80 | 0.00 |
| Checking # \*\*\*\*\*\*8266 | 146,596.31 | 17,702.36 | 174,814.05 |
|  | **$192,571.21** | **$17,757.16** | **$174,814.05** |

{} Asset reference(s)                                                              Printed: 08/18/2014 11:18 AM    V.13.15

# Claims Register

## Case: 12-83613  CLEAN CONSTRUCTION & RECYCLING, LLC

Claims Bar Date: 02/13/13

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>&lt;2100-00   Trustee Compensation&gt;, 200 | Admin Ch. 7<br>09/24/12 |  | $13,514.92<br>$13,514.92 | $0.00 | $13,514.92 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt;, 200 | Admin Ch. 7<br>09/24/12 |  | $6,349.50<br>$6,349.50 | $0.00 | $6,349.50 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt;, 200 | Admin Ch. 7<br>09/24/12 | See Order for First Application of Trustee's Counsel for Interim Compensation entered 9/16/2013. | $13,537.00<br>$13,537.00 | $13,537.00 | $0.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br>&lt;3120-00   Attorney for Trustee Expenses (Trustee Firm)&gt;, 200 | Admin Ch. 7<br>09/24/12 | Filing Fee for Adversary Complaint (13-96112) filed December 11, 2013. | $293.00<br>$293.00 | $0.00 | $293.00 |
| 1 | Weimer Bearing & Transmission, Inc.<br>W134 N5368 Campbell Dr.<br><br>Menomonee Falls, WI 53051<br><br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;, 610 | Unsecured<br>10/11/12 | W134 N5368 Campbell Dr.<br>Menomonee Falls, WI 53051<br>---------------------------------------------------------------------------\* \* \* | $4,605.99<br>$4,605.99 | $0.00 | $4,605.99 |
| 2 | IQRF<br>Communications Credit & Recovery Corp<br>200 Garden City Plaza, Suite 200<br>Garden City, NY 11530<br><br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;, 610 | Unsecured<br>01/22/13 | Communications Credit & Recovery Corp<br>200 Garden City Plaza, Suite 200<br>Garden City, NY 11530<br>---------------------------------------------------------------------------\* \* \* | $1,250.00<br>$1,250.00 | $0.00 | $1,250.00 |
| 3 | Advanced Disposal Services Solid Waste Midwest LLC<br>8538 N. IL Route 251<br><br>Davis Junction, IL 61020<br><br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;, 610 | Unsecured<br>02/08/13 | 8538 N. IL Route 251<br>Davis Junction, IL 61020<br>---------------------------------------------------------------------------\* \* \* | $90,212.60<br>$90,212.60 | $0.00 | $90,212.60 |

# Claims Register

### Case: 12-83613  CLEAN CONSTRUCTION & RECYCLING, LLC

Claims Bar Date: 02/13/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Advanced Disposal Services Orchard Hills Landfill<br>8290 Highway 251<br><br>Davis Junction, IL 61020<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/08/13 | 8290 Highway 251<br>Davis Junction, IL 61020<br>-------------------------------------------------------------------------------* * *<br>Claim amended on August 8, 2013. | $135,261.55<br>$0.00 | $0.00 | $0.00 |
| 4 -2 | Advanced Disposal Services Orchard Hills Landfill<br>8290 Highway 251<br><br>Davis Junction, IL 61020<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/08/13 | 8290 Highway 251<br>Davis Junction, IL 61020<br>-------------------------------------------------------------------------------* * *<br>Amended Claim No. 4 filed August 8, 2013 replaces previous Claim filed on February 8, 2013. | $118,184.99<br>$118,184.99 | $0.00 | $118,184.99 |

|  |  | **Case Total:** | $13,537.00 | $234,411.00 |
|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 12-83613
Case Name: CLEAN CONSTRUCTION & RECYCLING, LLC
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**   $   174,814.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   174,814.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 13,514.92 | 0.00 | 13,514.92 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 19,886.50 | 13,537.00 | 6,349.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:   $   20,157.42
Remaining balance:   $   154,656.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   154,656.63

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 154,656.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 214,253.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 72.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Weimer Bearing & Transmission, Inc. | 4,605.99 | 0.00 | 3,324.78 |
| 2 | IQRF | 1,250.00 | 0.00 | 902.30 |
| 3 | Advanced Disposal Services Solid Waste Midwest LLC | 90,212.60 | 0.00 | 65,118.99 |
| 4 | Advanced Disposal Services Orchard Hills Landfill | 0.00 | 0.00 | 0.00 |
| 4 -2 | Advanced Disposal Services Orchard Hills Landfill | 118,184.99 | 0.00 | 85,310.56 |

Total to be paid for timely general unsecured claims: $ 154,656.63
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**