**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CLEAN CONSTRUCTION & RECYCLING, LLC    §    Case No. 12-83613
                                               §
                                               §
Debtor(s)                                      §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY            , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 09/29/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: 09/08/2014     By:    /s/ STEPHEN G. BALSLEY
                                                                            Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CLEAN CONSTRUCTION & RECYCLING, LLC    §    Case No. 12-83613
                                              §
                                              §
Debtor(s)                                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 205,298.47 |
| *and approved disbursements of* | $ 30,484.42 |
| *leaving a balance on hand of* [1] | $ 174,814.05 |
| **Balance on hand:** | $ 174,814.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 174,814.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 13,514.92 | 0.00 | 13,514.92 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 19,886.50 | 13,537.00 | 6,349.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 293.00 | 0.00 | 293.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 20,157.42 |
| Remaining balance: | $ 154,656.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 154,656.63 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 154,656.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 214,253.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 72.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Weimer Bearing & Transmission, Inc. | 4,605.99 | 0.00 | 3,324.78 |
| 2 | IQRF | 1,250.00 | 0.00 | 902.30 |
| 3 | Advanced Disposal Services Solid Waste Midwest LLC | 90,212.60 | 0.00 | 65,118.99 |
| 4 | Advanced Disposal Services Orchard Hills Landfill | 0.00 | 0.00 | 0.00 |
| 4 -2 | Advanced Disposal Services Orchard Hills Landfill | 118,184.99 | 0.00 | 85,310.56 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 154,656.63 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $          0.00
Remaining balance:                                     $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:                        $          0.00

Prepared By:  /s/STEPHEN G. BALSLEY
              Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-83613-TML
Clean Construction & Recycling, LLC                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Sep 09, 2014
                              Form ID: pdf006        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2014.
```
db            #+Clean Construction & Recycling, LLC,    13125 N. Second Street,   Roscoe, IL 61073-8227
19546451       +Accent Wire Produce,    8530 FM 2920,    Spring, TX 77379-2430
20020663       +Advanced Disposal Services Orchard Hills Landfill,     8290 Highway 251,
                 Davis Junction, IL 61020-9706
20020637       +Advanced Disposal Services Solid Waste Midwest LLC,     8538 N. IL Route 251,
                 Davis Junction, IL 61020-9706
19546454       +G & K Services,    5611 11th St,    Rockford, IL 61109-3654
19546465       +G&E Eight LLC,    2131 Harlem Rd,    Loves Park, IL 61111-2751
19476049       +Hampilos & Langley Ltd,    308 West State St Suite 210,    Rockford, IL 61101-1140
19546455       +Hoff Disposal Inc,    POB 15834,    Loves Park, IL 61132-5834
19947646       +IQRF,   Communications Credit & Recovery Corp,    200 Garden City Plaza, Suite 200,
                 Garden City, NY 11530-3338
19546456       +Northland RAS LLC,    2250 Southwind Blvd,    Bartlett, IL 60103-1304
19476050        PetroLiance LLC,    P.O. Box 636824,    Cincinnati, OH 45263-6824
19546457       +Rock Disposal,    POB 395,   Janesville, WI 53547-0395
19546458       +Rockford Industrial Welding,    POB 5404,    Rockford, IL 61125-0404
19546459       +Rockford Transport,    POB 7866,    Roscoe, IL 61126-7866
19546460      #+Roscoe Disposal Inc,    POB 71,    Roscoe, IL 61073-0071
19546461       +Stateline Printing Co,    13019 N Second St,    Roscoe, IL 61073-8248
19546463       +Ticomix,    5642 N second St,    Loves Park, IL 61111-4663
19476051       +Veolia ES Orchard Hills Landfill, Inc.,     8290 Highway 251 South,
                 Davis Junction, IL 61020-9706
19476052        Veolia ES Solid Waste Midwest LLC,     P.O. Box 6484,   Carol Stream, IL 60197-6484
19546464       +Weimer Bearing & Transmission Inc,     POB 667,   Menomonee Falls, WI 53052-0667
19559129       +Weimer Bearing & Transmission, Inc.,     W134 N5368 Campbell Dr.,
                 Menomonee Falls, WI 53051-7022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19546452       +E-mail/Text: bankruptcynotices@ecolab.com Sep 10 2014 01:46:04
                 Eco Lab Pest Elimination Division,    POB 6007,   Grand Forks, ND 58206-6007
19546453       +E-mail/Text: legal@fastenal.com Sep 10 2014 01:45:46      Fastenal Company,   POB 978,
                 Winona, MN 55987-0978
19546462       +E-mail/Text: bankruptcynotices@tdstelecom.com Sep 10 2014 01:45:08       TDS Metrocom,
                 POB 94510,    Palatine, IL 60094-4510
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19476048*      +Clean Construction & Recycling LLC,    13125 N Second Street,   Roscoe, IL 61073-8227
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2014                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2014 at the address(es) listed below:
```
              Bradley T Koch    on behalf of Defendant   RRD Holding Company bkoch@holmstromlaw.com
              George P Hampilos    on behalf of Debtor   Clean Construction & Recycling, LLC georgehamp@aol.com,
               kris@hampilos-langley.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2            Date Rcvd: Sep 09, 2014
                              Form ID: pdf006         Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com

                                                                                                                      TOTAL: 7