# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CLEAN CONSTRUCTION & RECYCLING, LLC   §   Case No. 12-83613
                                              §
                                              §
Debtor(s)                                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $30.23                         Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $154,656.63     Claims Discharged
                                                 Without Payment: $59,596.95

Total Expenses of Administration: $50,641.84

3) Total gross receipts of $ 205,298.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $205,298.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 50,641.84 | 50,641.84 | 50,641.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 349,515.13 | 214,253.58 | 154,656.63 |
| **TOTAL DISBURSEMENTS** | $0.00 | $400,156.97 | $264,895.42 | $205,298.47 |

4) This case was originally filed under Chapter 7 on September 24, 2012. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/09/2014          By:  /s/STEPHEN G. BALSLEY
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent to landlords, G&E entities | 1122-000 | -4,675.00 |
| Accounts Receivable | 1129-000 | 85,087.32 |
| 1 Baler, 2 Loaders, skid steers, and various sor | 1129-000 | 124,886.15 |
| **TOTAL GROSS RECEIPTS** | | **$205,298.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 13,514.92 | 13,514.92 | 13,514.92 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 6,349.50 | 6,349.50 | 6,349.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 13,537.00 | 13,537.00 | 13,537.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 293.00 | 293.00 | 293.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.80 | 54.80 | 54.80 |
| Rabobank, N.A. | 2600-000 | N/A | 58.82 | 58.82 | 58.82 |
| Rabobank, N.A. | 2600-000 | N/A | 79.82 | 79.82 | 79.82 |
| Rabobank, N.A. | 2600-000 | N/A | 70.33 | 70.33 | 70.33 |
| Rabobank, N.A. | 2600-000 | N/A | 72.74 | 72.74 | 72.74 |
| Rabobank, N.A. | 2600-000 | N/A | 80.16 | 80.16 | 80.16 |
| Rabobank, N.A. | 2600-000 | N/A | 77.54 | 77.54 | 77.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 73.02 | 73.02 | 73.02 |
| Rabobank, N.A. | 2600-000 | N/A | 100.73 | 100.73 | 100.73 |
| Trustee Bernard J. Natale | 3610-000 | N/A | 12,727.26 | 12,727.26 | 12,727.26 |
| Rabobank, N.A. | 2600-000 | N/A | 193.43 | 193.43 | 193.43 |
| Rabobank, N.A. | 2600-000 | N/A | 269.27 | 269.27 | 269.27 |
| Rabobank, N.A. | 2600-000 | N/A | 252.78 | 252.78 | 252.78 |
| Rabobank, N.A. | 2600-000 | N/A | 273.98 | 273.98 | 273.98 |
| Rabobank, N.A. | 2600-000 | N/A | 232.08 | 232.08 | 232.08 |
| Rabobank, N.A. | 2600-000 | N/A | 273.16 | 273.16 | 273.16 |
| Rabobank, N.A. | 2600-000 | N/A | 256.19 | 256.19 | 256.19 |
| Rabobank, N.A. | 2600-000 | N/A | 231.05 | 231.05 | 231.05 |
| Rabobank, N.A. | 2600-000 | N/A | 238.98 | 238.98 | 238.98 |
| Rabobank, N.A. | 2600-000 | N/A | 263.36 | 263.36 | 263.36 |
| Rabobank, N.A. | 2600-000 | N/A | 246.50 | 246.50 | 246.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 313.84 | 313.84 | 313.84 |
| Rabobank, N.A. | 2600-000 | N/A | 237.67 | 237.67 | 237.67 |
| Rabobank, N.A. | 2600-000 | N/A | 269.91 | 269.91 | 269.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $50,641.84 | $50,641.84 | $50,641.84 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Weimer Bearing & Transmission, Inc. | 7100-000 | N/A | 4,605.99 | 4,605.99 | 3,324.78 |
| 2 | IQRF | 7100-000 | N/A | 1,250.00 | 1,250.00 | 902.30 |
| 3 | Advanced Disposal Services Solid Waste Midwest LLC | 7100-000 | N/A | 90,212.60 | 90,212.60 | 65,118.99 |
| 4 | Advanced Disposal Services Orchard Hills Landfill | 7100-000 | N/A | 135,261.55 | 0.00 | 0.00 |
| 4 -2 | Advanced Disposal Services Orchard Hills Landfill | 7100-000 | N/A | 118,184.99 | 118,184.99 | 85,310.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $349,515.13 | $214,253.58 | $154,656.63 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  

**Period Ending:** 12/09/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/24/12 (f)  
**§341(a) Meeting Date:** 10/29/12  
**Claims Bar Date:** 02/13/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  State Bank of Davis Checking accounts, certifica | 30.23 | 0.00 | | 0.00 | FA |
| 2  Accounts Receivable | 229,633.58 | 100,000.00 | | 85,087.32 | FA |
| 3  1 Baler, 2 Loaders, skid steers, and various sor<br>    See Order Approving Report of Sale entered July 17, 2013. | 100,000.00 | 100,000.00 | | 124,886.15 | FA |
| 3  Assets    Totals (Excluding unknown values) | **$329,663.81** | **$200,000.00** | | **$209,973.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 1, 2014   **Current Projected Date Of Final Report (TFR):**   August 18, 2014  (Actual)

Printed: 12/09/2014 02:22 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| Case Number: 12-83613 | Trustee: STEPHEN G. BALSLEY (330410) |
| Case Name: CLEAN CONSTRUCTION & RECYCLING, LLC | Bank Name: The Bank of New York Mellon |
| | Account: ****-******11-66 - Checking Account |
| Taxpayer ID #: **-***2163 | Blanket Bond: $598,000.00 (per case limit) |
| Period Ending: 12/09/14 | Separate Bond: N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/01/12 | {2} | Alter Metal Recycling | Account Receivable Payment | 1129-000 | 338.75 | | 338.75 |
| 11/01/12 | {2} | Alter Metal Recycling | Account Receivable Payment | 1129-000 | 147.50 | | 486.25 |
| 11/01/12 | {2} | America Chung Nam, Inc. | Account Receivable Payment | 1129-000 | 1,353.30 | | 1,839.55 |
| 11/01/12 | {2} | America Chung Nam, Inc. | Account Receivable Payment | 1129-000 | 576.01 | | 2,415.56 |
| 11/01/12 | {2} | American Aluminum Extrusion Company, LLC | Account Receivable Payment | 1129-000 | 234.92 | | 2,650.48 |
| 11/01/12 | {2} | AndersonBrecon | Account Receivable Payment | 1129-000 | 2,856.54 | | 5,507.02 |
| 11/01/12 | {2} | AndersonBrecon | Account Receivable Payment | 1129-000 | 838.38 | | 6,345.40 |
| 11/01/12 | {2} | AndersonBrecon | Account Receivable Payment | 1129-000 | 3,589.04 | | 9,934.44 |
| 11/01/12 | {2} | AndersonBrecon | Account Receivable Payment | 1129-000 | 3,421.16 | | 13,355.60 |
| 11/01/12 | {2} | Larry W. Anderson | Account Receivable Payment | 1129-000 | 602.55 | | 13,958.15 |
| 11/01/12 | {2} | Backyard III, Inc. | Account Receivable Payment | 1129-000 | 192.86 | | 14,151.01 |
| 11/01/12 | {2} | Barcol Door Co., Inc. | Account Receivable Payment | 1129-000 | 443.96 | | 14,594.97 |
| 11/01/12 | {2} | Beneficial Reuse Management | Account Receivable Payment | 1129-000 | 125.00 | | 14,719.97 |
| 11/01/12 | {2} | Beneficial Reuse Management | Account Receivable Payment | 1129-000 | 110.00 | | 14,829.97 |
| 11/01/12 | {2} | BCSI, LLC d/b/a Franchesco's Ristorante | Account Receivable Payment | 1129-000 | 357.55 | | 15,187.52 |
| 11/01/12 | {2} | Ford Tool & Machining | Account Receivable Payment | 1129-000 | 140.40 | | 15,327.92 |
| 11/01/12 | {2} | The Gardens on Prairie Rose | Account Receivable Payment | 1129-000 | 1,354.50 | | 16,682.42 |
| 11/01/12 | {2} | Jamco Products, Inc. | Account Receivable Payment | 1129-000 | 373.75 | | 17,056.17 |
| 11/01/12 | {2} | Kikkoman Foods, Inc. | Account Receivable Payment | 1129-000 | 2,956.20 | | 20,012.37 |
| 11/01/12 | {2} | Kinnikinnick Community Consolidated Schools | Account Receivable Payment | 1129-000 | 667.48 | | 20,679.85 |
| 11/01/12 | {2} | Lonnie's Carpet Connection, Inc. | Account Receivable Payment | 1129-000 | 1,326.29 | | 22,006.14 |
| 11/01/12 | {2} | Mega Fiber, Inc. | Account Receivable Payment | 1129-000 | 4,503.10 | | 26,509.24 |
| 11/01/12 | {2} | National Fiber Supply Company | Account Receivable Payment | 1129-000 | 1,234.80 | | 27,744.04 |
| 11/01/12 | {2} | North American Clutch & Driveline | Account Receivable Payment | 1129-000 | 180.92 | | 27,924.96 |
| 11/01/12 | {2} | North American Clutch & Driveline | Account Receivable Payment | 1129-000 | 177.88 | | 28,102.84 |
| 11/01/12 | {2} | Jeffrey G. Petry | Account Receivable Payment | 1129-000 | 52.00 | | 28,154.84 |
| 11/01/12 | {2} | Jeffrey G. Petry | Account Receivable Payment | 1129-000 | 2,620.80 | | 30,775.64 |
| 11/01/12 | {2} | Pines Edge Apartments, LLC | Account Receivable Payment | 1129-000 | 368.00 | | 31,143.64 |
| 11/01/12 | {2} | Rockford Silk Screen Process, Inc. | Account Receivable Payment | 1129-000 | 120.75 | | 31,264.39 |
| 11/01/12 | {2} | Roofing Systems, Inc. | Account Receivable Payment | 1129-000 | 94.00 | | 31,358.39 |
| 11/01/12 | {2} | Safety Management, Inc. | Account Receivable Payment | 1129-000 | 31.01 | | 31,389.40 |
| 11/01/12 | {2} | M. Spinello & Son | Account Receivable Payment | 1129-000 | 36.80 | | 31,426.20 |
| 11/01/12 | {2} | United Sanitation Services, Inc. | Account Receivable Payment | 1129-000 | 112.66 | | 31,538.86 |
| 11/01/12 | {2} | Waldom Electronics | Account Receivable Payment | 1129-000 | 429.05 | | 31,967.91 |

Subtotals : $31,967.91 $0.00

{} Asset reference(s)

Printed: 12/09/2014 02:22 PM V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  

**Taxpayer ID #:** **-***2163  
**Period Ending:** 12/09/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******11-66 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/12 | {2} | The Gardens on Prairie Rose | Reversed Deposit 100002 7 Account Receivable Payment | 1129-000 | -1,354.50 | | 30,613.41 |
| 11/15/12 | {2} | District | Account Receivable Payment | 1129-000 | 323.44 | | 30,936.85 |
| 11/19/12 | {2} | National Fiber Supply Company | Account Receivable Payment | 1129-000 | 923.54 | | 31,860.39 |
| 11/19/12 | {2} | Michael Jenkins | Account Receivable Payment | 1129-000 | 245.10 | | 32,105.49 |
| 11/19/12 | {2} | Packard Excavating | Account Receivable Payment | 1129-000 | 2,822.82 | | 34,928.31 |
| 11/19/12 | {2} | CPR Roofing, Inc. | Account Receivable Payment | 1129-000 | 487.72 | | 35,416.03 |
| 11/25/12 | {2} | G-Tool | Account Receivable Payment | 1129-000 | 32.76 | | 35,448.79 |
| 11/25/12 | {2} | J Willrett Farms | Account Receivable Payment | 1129-000 | 1,116.00 | | 36,564.79 |
| 11/25/12 | {2} | Settimi-Fetters Roofing, LLC | Account Receivable Payment | 1129-000 | 223.08 | | 36,787.87 |
| 11/26/12 | {2} | Ford Tool & Machining | Account Receivable Payment | 1129-000 | 140.40 | | 36,928.27 |
| 11/26/12 | {2} | The Gardens on Prairie Rose | Account Receivable Payment | 1129-000 | 1,354.50 | | 38,282.77 |
| 11/27/12 | {2} | Morningman & Assoc., LLC. | Account Receivable Payment | 1129-000 | 74.24 | | 38,357.01 |
| 11/27/12 | {2} | Tree & Lawn Care by Lanman, Inc. | Account Receivable Payment | 1129-000 | 9.00 | | 38,366.01 |
| 11/29/12 | {2} | Hill and Hill Enterprises, Inc. | Account Receivable Payment | 1129-000 | 165.88 | | 38,531.89 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.80 | 38,477.09 |
| 12/03/12 | {2} | Lentells Disposal, LLC | Account Receivable Payment | 1129-000 | 2,068.68 | | 40,545.77 |
| 12/03/12 | {2} | Jeffrey G. Petry | Account Receivable Payment | 1129-000 | 166.00 | | 40,711.77 |
| 12/03/12 | {2} | Jackrabbit Enterprises | Account Receivable Payment | 1129-000 | 438.00 | | 41,149.77 |
| 12/03/12 | {2} | Lujac, Inc. | Account Receivable Payment | 1129-000 | 989.20 | | 42,138.97 |
| 12/10/12 | {2} | Beneficial Reuse Management | Account Receivable Payment | 1129-000 | 85.00 | | 42,223.97 |
| 12/10/12 | {2} | Hal R. McKiski Construction, Inc. | Account Receivable Payment | 1129-000 | 59.28 | | 42,283.25 |
| 12/10/12 | {2} | R&C Construction, Inc. | Account Receivable Payment | 1129-000 | 237.79 | | 42,521.04 |
| 12/10/12 | {2} | South Bluff MHP, LLC | Account Receivable Payment | 1129-000 | 3,161.60 | | 45,682.64 |
| 12/10/12 | {2} | Three Hammer Construction , Inc. | Account Receivable Payment | 1129-000 | 118.73 | | 45,801.37 |
| 12/10/12 | {2} | Three Hammer Construction, Inc. | Account Receivable Payment | 1129-000 | 118.73 | | 45,920.10 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 45,920.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 45,974.90 | 45,974.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 45,920.10 | |
| | | | **Subtotal** | | 45,974.90 | 54.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$45,974.90** | **$54.80** | |

{} Asset reference(s)

Printed: 12/09/2014 02:22 PM    V.13.15

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  

**Taxpayer ID #:** **-***2163  
**Period Ending:** 12/09/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $598,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 45,920.10 | | 45,920.10 |
| 12/24/12 | {2} | Lym & Assoc., LLC. | Account Receivable Payment | 1129-000 | 374.40 | | 46,294.50 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.82 | 46,235.68 |
| 01/07/13 | {2} | David A. Ancona | Account Receivable Payment | 1129-000 | 4,566.43 | | 50,802.11 |
| 01/07/13 | {2} | J&M Fibers, Inc. | Account Receivable Payment | 1129-000 | 1,492.50 | | 52,294.61 |
| 01/30/13 | {2} | Nason's Landscaping, LLC | Account Receivable Payment | 1129-000 | 179.09 | | 52,473.70 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.82 | 52,393.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.33 | 52,323.55 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.74 | 52,250.81 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.16 | 52,170.65 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.54 | 52,093.11 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-83613 | 2300-000 | | 73.02 | 52,020.09 |
| 06/04/13 | {2} | Veolia Environmental Services | Account Receivable Payment pursuant to Order to Compromise Controversy entered May 29, 2013 | 1129-000 | 28,000.00 | | 80,020.09 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.73 | 79,919.36 |
| 07/15/13 | | Trustee Bernard J. Natale | Proceeds from auction sale [17%] of the property of three (3) bankruptcy estates on May 16, 2013 | | 107,483.89 | | 187,403.25 |
| | {3} | | Gross Sale Proceeds         124,886.15 | 1129-000 | | | 187,403.25 |
| | | | Auctioneer Commission        -12,727.26 and Expenses | 3610-000 | | | 187,403.25 |
| | | | Rent to landlords, G&E        -4,675.00 entities | 1122-000 | | | 187,403.25 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.43 | 187,209.82 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.27 | 186,940.55 |
| 09/16/13 | 10102 | Barrick, Switzer, Long, Balsley & Van Evera | Payment of First Application of Trustee's Counsel for Interim Compensation pursuant to Court Order entered 9/16/2013 | 3110-000 | | 13,537.00 | 173,403.55 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.78 | 173,150.77 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.98 | 172,876.79 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 232.08 | 172,644.71 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.16 | 172,371.55 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.19 | 172,115.36 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 231.05 | 171,884.31 |

Subtotals :  $188,016.41   $16,132.10

{} Asset reference(s)

Printed: 12/09/2014 02:22 PM   V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  
**Taxpayer ID #:** **-***2163  
**Period Ending:** 12/09/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.98 | 171,645.33 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 263.36 | 171,381.97 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 246.50 | 171,135.47 |
| 06/06/14 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #12-83613 | 2300-000 | | 313.84 | 170,821.63 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.67 | 170,583.96 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.91 | 170,314.05 |
| 08/12/14 | {2} | Rock River Disposal | Account Receivable Payment pursuant to Order to Compromise Controversy entered July 23, 2014 | 1129-000 | 4,500.00 | | 174,814.05 |
| 09/29/14 | 10104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $293.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 293.00 | 174,521.05 |
| 09/29/14 | 10105 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $6,349.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,349.50 | 168,171.55 |
| 09/29/14 | 10106 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $13,514.92, Trustee Compensation; Reference: | 2100-000 | | 13,514.92 | 154,656.63 |
| 09/29/14 | 10107 | Weimer Bearing & Transmission, Inc. | Dividend paid 72.18% on $4,605.99; Claim# 1; Filed: $4,605.99; Reference: | 7100-000 | | 3,324.78 | 151,331.85 |
| 09/29/14 | 10108 | IQRF | Dividend paid 72.18% on $1,250.00; Claim# 2; Filed: $1,250.00; Reference: Voided on 09/29/14 | 7100-000 | | 902.30 | 150,429.55 |
| 09/29/14 | 10108 | IQRF | Dividend paid 72.18% on $1,250.00; Claim# 2; Filed: $1,250.00; Reference: Voided: check issued on 09/29/14 | 7100-000 | | -902.30 | 151,331.85 |
| 09/29/14 | 10109 | Advanced Disposal Services Solid Waste Midwest LLC | Dividend paid 72.18% on $90,212.60; Claim# 3; Filed: $90,212.60; Reference: Voided on 09/29/14 | 7100-000 | | 65,118.99 | 86,212.86 |
| 09/29/14 | 10109 | Advanced Disposal Services Solid Waste Midwest LLC | Dividend paid 72.18% on $90,212.60; Claim# 3; Filed: $90,212.60; Reference: Voided: check issued on 09/29/14 | 7100-000 | | -65,118.99 | 151,331.85 |
| 09/29/14 | 10110 | Advanced Disposal Services Orchard Hills Landfill | Dividend paid 72.18% on $118,184.99; Claim# 4 -2; Filed: $118,184.99; Reference: Voided on 09/29/14 | 7100-000 | | 85,310.56 | 66,021.29 |
| 09/29/14 | 10110 | Advanced Disposal Services Orchard Hills Landfill | Dividend paid 72.18% on $118,184.99; Claim# 4 -2; Filed: $118,184.99; Reference: Voided: check issued on 09/29/14 | 7100-000 | | -85,310.56 | 151,331.85 |
| 09/29/14 | 10111 | IQRF | Dividend paid 72.18% on $1,250.00; Claim #2; | 7100-000 | | 902.30 | 150,429.55 |

Subtotals: $4,500.00   $25,954.76

{} Asset reference(s)     Printed: 12/09/2014 02:22 PM   V.13.15

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 12-83613  
**Case Name:** CLEAN CONSTRUCTION & RECYCLING, LLC  

**Taxpayer ID #:** **-***2163  
**Period Ending:** 12/09/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,250.00 | | | | |
| 09/29/14 | 10112 | Advanced Disposal Services Solid Waste Midwest LLC | Dividend paid 72.18% on $90,212.60; Claim #3; Filed $90,212.60 | 7100-000 | | 65,118.99 | 85,310.56 |
| 09/29/14 | 10113 | Advanced Disposal Services Orchard Hills Landfill | Dividend paid 72.18% on $118,184.99; Claim #4-2; Filed $118,184.99 | 7100-000 | | 85,310.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 192,516.41 | 192,516.41 | $0.00 |
| | | | Less: Bank Transfers | | 45,920.10 | 0.00 | |
| | | | **Subtotal** | | 146,596.31 | 192,516.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$146,596.31** | **$192,516.41** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******11-66 | 45,974.90 | 54.80 | 0.00 |
| Checking # ******8266 | 146,596.31 | 192,516.41 | 0.00 |
| | $192,571.21 | $192,571.21 | $0.00 |

{} Asset reference(s)

Printed: 12/09/2014 02:22 PM    V.13.15